UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 16-198 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| LESTER LAUS COLLADO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:   Felon in Possession of a Firearm; Possession of Stolen Mail; Interstate Transportation of a Stolen Vehicle

<u>Date of Detention Hearing</u>:   May 10, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was charged by Complaint with the above-listed offenses following a search of a building in which defendant was allegedly residing, resulting in the seizure of evidence of stolen first class mail, checks, stolen and counterfeit identification documents, and notes concerning personal identification information of alleged victims, as well as a loaded handgun. Packaged marijuana was also allegedly found in the search. Defendant is alleged to be associated with the interstate transportation of a Mercedes vehicle stolen from a Seattle automobile dealership and found in Tucson Arizona. The complaint further alleges that defendant is a suspect in several drive-by shootings in the area.

2. Defendant has a lengthy criminal history that includes multiples failures to appear, failures to abide by conditions of the court, and bench warrant activity. Several felony charges are currently pending in King County. Defendant is on active supervision with the state Department of Corrections. His community corrections officer describes him as "non-amenable" to supervision, and discloses that defendant was arrested after leaving the state without permission.

3. Defendant poses a risk of nonappearance due to history of controlled substance use, history of noncompliance with supervision, history of failing to appear, and a pending charge. Defendant poses a risk of danger due to criminal history and lack of cooperation with supervision.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 10th day of May, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3